**UNITED STATES of America,**
**Appellee,**

v.

**Rafael MARTINEZ–OGARRIO,**
**Appellant.**

No. 07–3280.

United States Court of Appeals,
Eighth Circuit.

Submitted: April 17, 2008.

Filed: April 25, 2008.

Frederick D. Franklin, Assistant U.S. Attorney, U.S. Attorney's Office, Omaha, NE, for Appellee.

Julie Beth Hansen, Assistant Federal Public Defender, Federal Public Defender's Office, Omaha, NE, for Appellant.

Before WOLLMAN, RILEY, and GRUENDER, Circuit Judges.

PER CURIAM.

Rafael Martinez–Ogarrio (Martinez) appeals the 18–month prison sentence the district court[1] imposed after he pleaded guilty to transporting and attempting to transport illegal aliens within the United States for commercial advantage and private gain, in violation of 8 U.S.C. § 1324(a)(1)(A)(ii). His counsel has moved to withdraw, and has filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that Martinez's sentence is unreasonable.

We conclude that Martinez's within-Guidelines-range sentence is not unreasonable, because nothing in the record indi-cates the court overlooked a relevant factor, gave significant weight to an improper factor, or made a clear error of judgment in weighing appropriate factors. *See Rita v. United States,* —— U.S. ——, 127 S.Ct. 2456, 2462–68, 168 L.Ed.2d 203 (2007) (allowing appellate presumption of reasonableness); *United States v. Haack,* 403 F.3d 997, 1003–04 (8th Cir.2005) (reasonableness factors).

After reviewing the record independently under *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues. Accordingly, we grant counsel leave to withdraw, and we affirm the district court's judgment.

1. The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska.